UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STAR BUICK GMC; STAR BUICK GMC CADILLAC; and STAR PRE-OWNED OF BETHLEHEM, Plaintiffs, | : : : : : |
| v. | : No. 5:20-cv-03023 : |
| SENTRY INSURANCE GROUP, Defendant. | : : : |

# O R D E R

**AND NOW**, this 26th day of May, 2021, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 16, is **GRANTED.**

2. The Amended Complaint, ECF No. 11, is **DISMISSED with prejudice**.

3. The above-captioned case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge